B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re  Carol J. Burnett; aka Carol K. Burnett  ,                    Case No.  17-28959-JNP

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

U.S. Bank Trust National association, as
Trsutee of Cabana Series III Trust
        Name of Transferee

U.S. Bank Trust National Association, as
Trsutee of the Bungalow Series III Trust
        Name of Transferor

Name and Address where notices to transferee
should be sent:
  BSI Financial Services
  1425 Greenway Drive, #400
  Irving, TX 75038

Court Claim # (if known):  2-1
Amount of Claim:  $198,147.77
Date Claim Filed:  10/25/2017

Phone: _____
Last Four Digits of Acct #:  3887

Phone: _____
Last Four Digits of Acct. #:  3887

Name and Address where transferee payments
should be sent (if different from above):
  BSI Financial Services, Attn: Payment Processing Department
  314 S. Franklin Street, 2nd Floor
  Titusville, PA 16354
Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ D. Anthony Sottile                              Date:  08/11/2020
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.